■ HOME THERAPY EQUIPMENT, INC., Respondent, v BRENDA LEE HART, Appellant, et al., Defendant. [890 NYS2d 846]—

Present—Hurlbutt, J.P., Peradotto, Carni, Pine and Gorski, JJ.